1

2          UNITED STATES DISTRICT COURT

3        FOR THE NORTHERN DISTRICT OF CALIFORNIA

4              OAKLAND DIVISION

5

6    ALICIA G. ATIENZA, et al.,              Case No:  C 11-03152 SBA

7                 Plaintiffs,              **ORDER CONTINUING MOTION
                                           HEARING AND DIRECTING
                                           PLAINTIFFS TO FILE RESPONSE**
8         vs.                              **TO DEFENDANTS' MOTION TO
                                           DISMISS**
9    AMERICAN BROKERS CONDUIT, et al.,
                                           Dkt. 9
10                Defendants.

11

12          Plaintiffs, acting pro se, filed a largely unintelligible Complaint in this Court on June

13   24, 2011.  The parties are presently before the Court on Defendant American Home

14   Mortgage Servicing and Mortgage Electronic Registration System, Inc.'s motion to

15   dismiss.  Dkt. 9.  The motion currently is noticed for hearing on January 31, 2012.  Dkt. 21.

16   Under Local Rule 7-3, any opposition or statement of non-opposition was due no later than

17   two weeks after the motion was filed.  Since the motion was filed on September 13, 2011,

18   Plaintiffs' opposition was due by September 27, 2011.  To date, however, no response to

19   the motion has been filed.

20          Paragraph 8 of the Court's Standing Orders expressly warns as follows:  "**Effect of

21   Failing to Oppose a Motion**:  The failure of the opposing party to timely file a

22   memorandum of points and authorities in opposition to any motion or request shall

23   constitute a consent to the granting of the motion."  Dkt. 8 at 5.  Notwithstanding the

24   requirements of Civil Local Rule 7-3, and the Court's warning in its Standing Orders,

25   Plaintiffs have filed nothing in response to the pending motion.

26          "Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an

27   action for failure to comply with any order of the court."  Ferdik v. Bonzelet  963 F.2d

28   1258, 1260 (9th Cir. 1992).  As such, the failure to file an opposition to a motion to dismiss

in the manner prescribed by the Court's Local Rules is grounds for dismissal.  Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam).  Nevertheless, the Court will sua sponte afford Plaintiffs an additional opportunity to file a response to Defendants' motion to dismiss.  While the Court does not countenance Plaintiffs' disregard of the Local Rules, the Court grants such extension in consideration of less drastic alternatives to dismissal.  See Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002).  Nonetheless, Plaintiffs are warned that the failure to file an opposition by the deadline set by the Court will be deemed grounds for dismissing the action under Rule 41(b), without further notice.  Accordingly,

IT IS HEREBY ORDERED THAT:

1.      Plaintiffs shall file their response to Defendants' motion to dismiss by no later than **January 25, 2012**.  If Plaintiffs do not intend to prosecute this action, they should file a stipulation for dismissal under Rule 41(b), a request for dismissal under Rule 41(a), or a statement of non-opposition by that deadline.  The failure timely comply with this Order will result in the dismissal of the action.  If applicable, Defendants may file a reply by no later than **February 7, 2012**.

2.      Both the motion hearing and the Case Management Conference scheduled for January 30, 2012, are CONTINUED to **March 6, 2012 at 1:00 p.m.**  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument, prior to the new hearing date.  The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated:  January 10, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALICIA G ATIENZA et al,

            Plaintiff,

  v.

AMERICAN BROKERS et al,

            Defendant.
_____/

Case Number: CV11-03152 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alicia G. Atienza
136 Saint Francis Bouldvard
San Francisco,  CA 94127

Clodualdo A. Atienza
136 Saint Francis Bouldvard
San Francisco,  CA 94127

Dated: January 12, 2012

                              Richard W. Wieking, Clerk

                                  By: LISA R CLARK, Deputy Clerk