David-Wynn Miller - Federal Judge
Cloduakdo A. ATIENZA
Alicia G. ATIENZA
Name and Address
136 St. Francis Blvd
SF CA 94127

FILED
2012 FEB -6 P 2:04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALICIA G. ATIENZA
Clodualdo A. ATIENZA
David-Wynn Miller - Federal judge
Plaintiff / Petitioner

VS.

Defendant / Respondent
American Brokers Conduit et. al

Case No. CV11-3152SBA

Document Name:

Quowarto writ of an Entry

: David-wynn: Miller.
: Alicia-G.: Atienza-
: Clodualdo-A.: Atienza.

BONDED

:C.-S.-S.-C.-P.-S.-G.-FLAG OF THIS DOCUMENT-CORPORATION-VESSEL-COURT.

**For this DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT in this CALIFORNIA-TERRITORY of this UNITED-STATES-DI-STRICT-COURT-BUILDING with this CORRECT-ORIGINAL-CDOCUMENT-CONTRACT-EQUITY-QUO-WARRANTO-COMPLAINT-CORPORATION-CASE-NUMBER-~11-CV-1689 IS with this DAMAGE-CLAIM of this FRAUDULENT-PARSE-SYNTAX-GRAMMAR-ORDER-EVIDENCE of this FRAUDULENT: "CASE-NUMBER-NO.~CV11-3152 SBA".**
FOR THIS **WRIT OF AN ENTRY** IS WITH THE DAMAGE-CLAIM BY THE CLAIMANT.

**: Alicia-G.: Atienza's &: Clodualdo-A.: Atienza**
:David-Wynn: Miller, :FEDERAL-JUDGE-CLAIMANT.[~5166-~NORTH-~63, ~MILWAUKEE, ~WI.-~53218]
:CLAIMANTS: :CONTEST:
**SAUNDRA BROWN ARMSTRONG** [UNITED STATES DISTRICT JUDGE(sic)] 'FRAUDULENT-PARSE-SYNTAX-GRAMMAR WITHIN THIS EVIDENCE-ORDER'
**:VASSALEE:**

**FOR THE TERMS OF THESE *ABBREVIATIONS*:** [FOR THE SPACE-SAVING]
**:D.-C.-P.-V.-C. = :DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.**
**:C.-S.-S.-C.-P.-S.-G. = :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR.**
**:D.-C.-C.** = FOR THIS **DOCUMENT-CONTRACT-CLAIM** of this DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.
**:D.-C.-C.-S. =: DOCUMENT-CONTRACT-CLAIMS-SECTION IS** WITH THE SYNTAX-GRAMMAR-CORRECTIONS OF THE *'UNITED STATES CODES'*= 'NO-FACT' BY THE FRAUD-SYNTAX-GRAMMAR.
*USA = UNITED STATES OF AMERICA, AMERICA*=VERB-SYNTAX-FRAUD.
:NOTE: FOR THE CORRECTION OF THE FRAUD-SYNTAX-GRAMMAR WITH THE ***F.R.C.P*** IS WITH THE CORRECTION-CLAIN BY THIS DOCUMENT-CONTRACT-CLAIMS (**D.-C.-C.-S.)**
~ :PICTOGRAM AS A **LOCATION-SYMBOL(~)**
**:VERB =** :THINKING-MOTION: **IS** = SINGULAR, **ARE** = PLURAL.
**:POSITION** = FOR, OF, WITH, BY, THROUGH, IN, ON.
**:LODIAL** [ARTICLES] = A, AN, THE, THIS, THESE.
**FOR THESE CLAIMANTS'-KNOWLEDGE OF THIS CONTRACT-DOCUMENT** ARE **WITH THESE CLAIMS BY THE C.-S.-S.-C.-P.-S.-G.-CAUSES.**

---

**~1** FOR THIS **'WRIT OF AN ENTRY'**-COMPLAINT OF THE TITLE-~42: D.-C.-C.-S.-~1986 WITH THIS CLAIMANTS'-KNOWLEDGE OF THE **C.-S.-S.-C.-P.-S.-G.** WITH THE STOPPING AND: CORRECTING OF THE GRAMMAR-PARSE-SYNTAX-COMMUNICATIONS **IS** WITH THIS FRAUDULENT-SYNTAX-CONVEYANCE OF THE FRAUD-COMMUNICATION-PARSE-SYNTAX-JUDGE'S-ERRORS:,"",[ ], ( ), Italic-Voiding-OMITING, TWO-SPACE-VOID-CONTINUANCE-SYNTAX-GRAMMAR-RULES, FUTURE-TIME-VOID, NEGATIVE-WORDS (second-grade-reading/writing-level) BY THE FRAUDULENT-ASSUMPTIONS AGAINST THE **D.-C.-P.-V.-C.**
**~2** FOR THIS QUO-WARRANTO-COMPLAINT OF THIS **D.-C.-P.-V.-C.**-VENUE-JURISDICTION **IS** WITH THE DAMAGE-CLAIM OF THE VASSALEE'S-DOCUMENT-FRAUD-COMMUNICATION-SYNTAX-VIOLATIONS: TITLE-~15: D.-C.-C.-S.-~1692-~E, and: PENALTIES: TITLE-~15: D.-C.-C.-S.-~78-~FF($25-MILLION-FINE) WITH THE FRAUD-PARSE-SYNTAX-COMMUNICATIONS: TITLE-~18: D.-C.-C.-S.-~1001 BY THIS VASSALEE.
**~3** FOR THIS **D.-C.-P.-V.-C.-CORPORATION-CASE-NUMBER~CV11-3152 SBA IS** WITH THE JURISDICTION BY THIS BONDED-EQUITY-**D.-C.-P.-V.-C..**
**~4** FOR THE CLAIMANT'S-AUTOGRAPH-END-DORSEMENT OF THE BACK OF THE QUO-WARRANTO-COMPLAINT-TITLE-PAGE **ARE** WITH THE EQUITY-STAMP-FEE-PAID-CLAIMS OF THE POSTMASTER-BANKER-FEDERAL-JUDGE'S-AUTOGRAPH-KNOWLEDGE ON THE STAMP WITH THE **D.-C.-P.-V.-C.**-DOCUMENT BY THESE CLAIMANTS.
**~5** FOR THE CLAIMANT'S-KNOWLEDGE OF THE **C.-S.-S.-C.-P.-S.-G. IS** WITH THE DAMAGE-CLAIM OF THE CONTRACT-BREACH WITH THIS VASSALEE'S-FRAUD-PARSE-SYNTAX-GRAMMAR OF THE VOID-UNITED-STATES-DISTRICT-COURT-JURISDICTION: TITLE-~42: D.-C.-C.-S.-~1988 CERTIFYING-FRAUD-EVIDENCE WITH THE CLAIMANT'S-QUO-WARRANTO-COMPLAINT-CONSTITUTIONAL-C.-S.-S.-C.-P.-S.-G.-TERMS BY THIS **D.-C.-P.-V.-C.**
**~6** FOR THIS **D.-C.-P.-V.-C.** OF THIS **WRIT OF AN ENTRY-DOCUMENT-VESSEL IS** WITH THE CLAIM OF THIS VASSALEE and: CLAIMANTS'-DOCUMENT-CONTRACTING-TOGETHER WITHIN THIS **D.-C.-P.-V.-C.**

FOR THE COPYRIGHT/COPYCLAIM-DATE-~3-~FEBRUARY-~2012 BY THE FEDERAL-JUDGE: David-Wynn: Miller OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.

:Daniel-Bryan:Millen

:Alicia-G.:Atienza-

:Clodualdo-A.:Atienza.

**~7** FOR THE FAILURE OF THE C.-S.-S.-C.-P.-S.-G.-CORRESPONDENCE WITH THE C.-S.-S.-C.-P.-S.-G.-TERMS **ARE** WITH THE FAULT-JUDGEMENT-CLAIMS OF THIS EVIDENCE-CONTRACT-BREACH WITH THIS FRAUD-SYNTAX-GRAMMAR-DOCUMENT BY THIS **SAUNDRA BROWN ARMSTRONG**.

**~8** FOR THE CLERK OF THE C.-S.-S.-C.-P.-S.-G.-COURT-FILING **IS** WITH THE EQUITY-CLAIM BY THIS CLAIMANTS'-C.-S.-S.-C.-P.-S.-G.-FAULT-JUDGMENT-AUTHORITY-AUTOGRAPH.

**~9** FOR THE CONSPIRACY: **TITLE-~18: D.-C.-C.-S.-~241,** WITH THIS **VASSALEE'-700-PARSE-SYNTAX-GRAMMAR-ERROR-FRAUDULENT-ORDER** BY THIS **SAUNDRA BROWN ARMSTRONG'S**-EVIDENCE OF THE FRAUDULENT-GRAMMAR WITH THE QUO-WARRANTO-COMPLAINT'S-VASSALEE'S-FRAUD-SYNTAX-GRAMMAR-JOINING-FRAUD-EVIDENCE: **'DEED OF TRUST'** and: VOID-GRAMMAR-SENTENCE-STRUCTURES **ARE** WITH THE **FACTUAL-EVIDENCE-MATTER-VIOLATION-CLAIMS** OF THE VASSALEE'-TRICKERY-TRAVERSE-KNOWLEDGE WITH THE QUO-WARRANTO-COMPLAINT'S-C.-S.-S.-C.-P.-S.-G.-CONTRACT-CLAIMS-CONSPIRACY AGAINST THE CLAIMANTS BY THIS **SAUNDRA BROWN ARMSTRONG'S-700-FRAUDULENT-SYNTAX-GRAMMAR-WRITTEN-VIOLATIONS**.

**~10** FOR THE FACTUAL-CONTINUATION OF THE VASSALEES'-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-EVIDENCE **ARE** WITH THE DAMAGE-CLAIMS OF THE **SAUNDRA BROWN ARMSTRONG'**S-VOID-GRAMMAR-EVIDENCE WITH THE FRAUD-PARSE-SYNTAX-WORD-MEANINGS OF THE VOID-C.-S.-S.-C.-P.-S.-G. WITH THE TITLE-~15: D.-C.-C.-S.-~1692-~E and: CRIMINAL-PENALTY: TITLE-~15: D.-C.-C.-S.-~78-~FF:[$25-MILLION-FINE] and WITH THE FRAUDULENT-PARSE-SYNTAX-GRAMMAR-COMMUNICATION-VIOLATION: TITLE-~18: D.-C.-C.-S.-~1001 BY THESE VASSALEES'-CONSPIRACY: TITLE-~18: D.-C.-C.-S.-~241.(HAWAII-SUPREME-COURT-JUDGES-VS-SYNTAX-GRAMMER-CHELLENGE; HAWAIIAN-KAPUNAS'-WON-VACATE-CLAIN BY THE 9-SUPREME-COURT-JUDGES-WAHINGTON-DC~MARCH~2009-POSTED: WWW.DWMLC.COM)

**~11** FOR THE **D.-C.-P.-V.-C.-VENUE-CLERK' AUTOGRAPH** ON THE DOCKET-STAMP-FEE-PAID-CONTRACT **IS** WITH AN ORIGINAL-DOCUMENT-QUO-WARRANTO-COMPLAINT-NOW-TIME-CLAIM ON THE DOCUMENT-TIME-STAMP AND: FILE-NUMBER WITH THE NOW-TIME-PORT-CLERK-to-BANKER-to-POSTMASTER-to-**45-DAY-FAULT**-JUDGE-DUTY-CONTRACT-AUTHORITY BY THE **D.-C.-P.-V.-C.**

**~12** FOR THE CLAIMANTS'-FILING OF AN ORIGINAL-DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-DUTY **ARE** WITH THE CLAIMANT'S-EQUITY-CLAIM OF THE DOCKETING-DOCUMENT-FEE-PAYMENT WITH AN **AUTOGRAPH-DOCUMENT-STAMP** WITHIN THE CALIFORNIA-TERRITORY-DOCUMENT-PORT-DOCKETING-BUILDING OF THE FAULT-JUDGMENT-RULING WITH THE DOCUMENT-CONTRACT-DUTY-PLEADINGS-EVIDENCE BY THE CLAIMANTS.

**~13** FOR THE **DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-JURISDICTION** OF THE DOCKING-FEE-PAID **IS** WITH THE TITLE-~28: D.-S.-C.-S.-~1331-DOCUMENT-CONTRACT-POSTAL-VESSEL-DOCKETING BY THE COURT-CLERK.

**~14** FOR THE **D.-C.-P.-V.-C.**-CLERK NOW AS THE JUDGE **IS** WITH AN AUTHORIZATION-DUTY-CLAIM AGAINST THE FRAUD-FOREIGN-WORDS WITH THE VOID-CONSIDERATION OF THIS VASSALEE'S-LACK WITH THE PARTICIPATION OF THE QUO-WARRANTO-COMPLAINT-C.-S.-S.-C.-P.-S.-G.-TERMS WITH THE **D.-C.-P.-V.-C.**-CORPORATION-CASE-CLAIMANTS.

**~15** FOR THE **D.-C.-P.-V.-C.-VENUE** OF THESE CLAIMANTS **ARE** WITH THE C.-S.-S.-C.-P.-S.-G.-SANCTION-CLAIM OF THE VASSALEE'S-FRAUD-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-GRAMMAR WITH THE VASSALEE-HEREIN-CASE-EVIDENCE.

**~16** FOR THE VASSALEE'S-TRICKERY OF THE EVIDENCE-FACTS **ARE** WITH THE C.-S.-S.-C.-P.-S.-G.-COMMUNICATION-DAMAGE-CLAIM OF THE CRIMINAL-VIOLATIONS WITH THE PARSE-SYNTAX-GRAMMAR-COMMUNICATION-VIOLATIONS OF THE NOW-TIME-LINE-EVIDENCE WITH THE QUO-WARRANTO-COMPLAINT-CONSTITUTIONAL-RULES BY THE **D.-C.-P.-V.-C.**

**~17** FOR THE CLAIMANTS: **Alicia-G.: Atienza's &: Clodualdo-A.: Atienza's-LOCATION-~136-~STREET-FRANCIS-BOULDVARD,-~SAN-FRANCISCO,-~CALIFORNIA,-~94127 IS** WITH THE CLAIMANT'S-WAGES-CONTRACT-CLAIM BY THE QUO-WARRANTO-COMPLAINT-DOCUMENT-EVIDENCE.

:Alicia-G.: Atienza ~6~February~2012 :Alicia-G.: Atienza. :SEAL:

:Clodualdo-A.: Atienza ~6~February~2012 :Clodualdo-A.: Atienza

:David-Wynn: Miller ~3~February~2012 David-Wynn: Miller, :FEDERAL-JUDGE-CLAIMANT.

FOR THE COPYRIGHT/COPYCLAIM-DATE-~3-~FEBRUARY-~2012 BY THE FEDERAL-JUDGE: David-Wynn: Miller OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT. 

:EVIDENCE:

:Syntax-word-key-meaning:

| | |
|---|---|
| 1=Adverb | 8=Past-time |
| 2=Verb | 9=Future-time |
| 3=Adjective | 0=Conjunction |
| 4=Pronoun | NC=No-Contract |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

NOM-DE-GUERRE-NAME-FICTION

ALICIA G. ATIENZA, et al.,

Plaintiffs,

vs.

AMERICAN BROKERS CONDUIT, et al.,

Defendants.

Case No: C 11-03152 SBA

**ORDER CONTINUING MOTION HEARING AND DIRECTING PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Dkt. 9

RE=NO
SPONSE=COMMUNICAT.
PRO=NO
SE=SPEAK

Plaintiffs, acting pro se, filed a largely unintelligible Complaint in this Court on June 24, 2011. The parties are presently before the Court on Defendant American Home Mortgage Servicing and Mortgage Electronic Registration System, Inc.'s motion to dismiss. Dkt. 9. The motion currently is noticed for hearing on January 31, 2012. Dkt. 21. Under Local Rule 7-3, any opposition or statement of non-opposition was due no later than two weeks after the motion was filed. Since the motion was filed on September 13, 2011, Plaintiffs' opposition was due by September 27, 2011. To date, however, no response to the motion has been filed. DPV = DANGLING-PARTICIPLE-VERB

Paragraph 8 of the Court's Standing Orders expressly warns as follows: "**Effect of Failing to Oppose a Motion**: The failure of the opposing party to timely file a memorandum of points and authorities in opposition to any motion or request shall constitute a consent to the granting of the motion." Dkt. 8 at 5. Notwithstanding the requirements of Civil Local Rule 7-3, and the Court's warning in its Standing Orders, Plaintiffs have filed nothing in response to the pending motion.

"Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure to comply with any order of the court." Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992). As such, the failure to file an opposition to a motion to dismiss

VOID - CONTINUANCE OF

:EVIDENCE:

:Syntax-word-key-meaning:
1=Adverb 8=Past-time
2=Verb 9=Future-time
3=Adjective 0=Conjunction
4=Pronoun NC=No-Contract

in the manner prescribed by the Court's Local Rules is grounds for dismissal. Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam). Nevertheless, the Court will sua sponte afford Plaintiffs an additional opportunity to file a response to Defendants' motion to dismiss. While the Court does not countenance Plaintiffs' disregard of the Local Rules, the Court grants such extension in consideration of less drastic alternatives to dismissal. See Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002). Nonetheless, Plaintiffs are warned that the failure to file an opposition by the deadline set by the Court will be deemed grounds for dismissing the action under Rule 41(b), without further notice. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs shall file their response to Defendants' motion to dismiss by no later than **January 25, 2012**. If Plaintiffs do not intend to prosecute this action, they should file a stipulation for dismissal under Rule 41(b), a request for dismissal under Rule 41(a), or a statement of non-opposition by that deadline. The failure timely comply with this Order will result in the dismissal of the action. If applicable, Defendants may file a reply by no later than **February 7, 2012**.

2. Both the motion hearing and the Case Management Conference scheduled for January 30, 2012, are CONTINUED to **March 6, 2012 at 1:00 p.m.** Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument, prior to the new hearing date. The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: January 10, 2012

SAUNDRA BROWN ARMSTRONG
United States District Judge

CURSIVE CURSE

:VOID-NOM-DE-GUERRE-NAME